**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

BRIDGET KEELS
DEPARTMENT: 100
DD RECEIPT:   1381232865
EMPLOYEE ID:  2193



FEIN:  81-1953939
Pay Period  02/22/2026 - 02/28/2026
Pay Date    03/06/2026

**FITWH**   **Filing Status: H**
**PA**      **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 14.00 | 40.00 | | 560.00 | 200.00 | 2,180.00 |
| OT | 21.00 | 43.75 | | 918.75 | 155.50 | 2,663.34 |
| Retro | | | | | 80.00 | 120.00 |
| Retro OT | | | | | 8.75 | 29.53 |
| **Total** | | 83.75 | | $1,478.75 | 444.25 | $4,992.87 |
| **Total Hours Worked** | | 83.75 | | | 444.25 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 37.99 | 76.61 |
| MED | 21.44 | 72.40 |
| SOC | 91.68 | 309.55 |
| PA | 45.40 | 153.28 |
| PAEUC | 1.04 | 3.50 |
| PABRW | 7.39 | 24.96 |
| PABRWL | 1.00 | 5.00 |
| **Total** | $205.94 | $645.30 |
| **Net Pay** | XXXXXX0507 | $1,272.81 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

Direct Deposit #  1381232865
Date        03/06/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T ** | VOID ** VOID ** |
|---|---|

100   DD

DIRECT DEPOSIT $1,272.81
TO ACCOUNT #   XXXXXX0507
BANK #          XXXXXX0053

Pay to the
Order of

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

**N O N - N E G O T I A B L E**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

BRIDGET KEELS
DEPARTMENT: 180
DD RECEIPT:    1382072188
EMPLOYEE ID:  2193


**Paycor**
A Paychex® Company

FEIN:  81-1953939
Pay Period   03/01/2026  -  03/07/2026
Pay Date     03/13/2026

**FITWH**    **Filing Status: H**
**PA**       **Filing Status: S Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 14.00 | 40.00 | | 560.00 | 240.00 | 2,740.00 |
| OT | 21.00 | 44.00 | | 924.00 | 199.50 | 3,587.34 |
| Retro | | | | | 80.00 | 120.00 |
| Retro OT | | | | | 8.75 | 29.53 |
| **Total** | | 84.00 | | $1,484.00 | 528.25 | $6,476.87 |
| **Total Hours Worked** | | 84.00 | | | 528.25 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 38.62 | 115.23 |
| MED | 21.52 | 93.92 |
| SOC | 92.01 | 401.56 |
| PA | 45.56 | 198.84 |
| PAEUC | 1.04 | 4.54 |
| PABRW | 7.42 | 32.38 |
| PABRWL | 1.00 | 6.00 |
| **Total** | **$207.17** | **$852.47** |

| **Net Pay** | XXXXXX0507 | $1,276.83 |
|---|---|---|

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

Direct Deposit #  1382072188

Date        03/13/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

100    DD

DIRECT DEPOSIT $1,276.83
TO ACCOUNT #   XXXXXX0507
BANK #         XXXXXX0053

Pay to the
Order of

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

**N O N - N E G O T I A B L E**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

BRIDGET KEELS
DEPARTMENT: 100
DD RECEIPT:   1382820936
EMPLOYEE ID: 2193


**Paycor.**
A Paychex® Company

FEIN: 81-1953939
Pay Period    03/08/2026  -  03/14/2026
Pay Date      03/20/2026

**FITWH**    **Filing Status: H**
**PA**        **Filing Status: S Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 14.00 | 40.00 | 560.00 | 280.00 | 3,300.00 |
| OT | 21.00 | 44.00 | 924.00 | 243.50 | 4,511.34 |
| Retro | | | | 80.00 | 120.00 |
| Retro OT | | | | 8.75 | 29.53 |
| **Total** | | 84.00 | $1,484.00 | 612.25 | $7,960.87 |
| **Total Hours Worked** | | 84.00 | | 612.25 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 38.62 | 153.85 |
| MED | 21.52 | 115.44 |
| SOC | 92.01 | 493.57 |
| PA | 45.56 | 244.40 |
| PAEUC | 1.04 | 5.58 |
| PABRW | 7.42 | 39.80 |
| PABRWL | 1.00 | 7.00 |
| **Total** | $207.17 | $1,059.64 |
| **Net Pay** | **XXXXXX0507** | $1,276.83 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

Direct Deposit #   1382820936
Date        03/20/2026

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **    | VOID ** VOID **

100    DD

Pay to the
Order of

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

DIRECT DEPOSIT $1,276.83
TO ACCOUNT #   XXXXXX0507
BANK #         XXXXXX0053

**N O N - N E G O T I A B L E**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

**BRIDGET KEELS**
DEPARTMENT: 900
DD RECEIPT:    1383565478
EMPLOYEE ID:    2193

**Paycor**
A Paychex® Company

FEIN:  81-1953939
Pay Period    03/15/2026  -  03/21/2026
Pay Date    03/27/2026

**FITWH**    **Filing Status: H**
**PA**    **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 14.00 | 40.00 | | 560.00 | 320.00 | 3,860.00 |
| OT | 21.00 | 44.00 | | 924.00 | 287.50 | 5,435.34 |
| Retro | | | | | 80.00 | 120.00 |
| Retro OT | | | | | 8.75 | 29.53 |
| **Total** | | 84.00 | | $1,484.00 | 696.25 | $9,444.87 |
| **Total Hours Worked** | | 84.00 | | | 696.25 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 38.62 | 192.47 |
| MED | 21.52 | 136.96 |
| SOC | 92.01 | 585.58 |
| PA | 45.56 | 289.96 |
| PAEUC | 1.04 | 6.62 |
| PABRW | 7.42 | 47.22 |
| PABRWL | 1.00 | 8.00 |
| **Total** | **$207.17** | **$1,266.81** |

**Net Pay**    **XXXXXX0507**    $1,276.83

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

Direct Deposit #  1383565478
Date    03/27/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T ** | VOID ** VOID ** |
|---|---|

100    DD

Pay to the
Order of

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

DIRECT DEPOSIT $1,276.83
TO ACCOUNT #    XXXXXX0507
BANK #    XXXXXX0053

**N O N - N E G O T I A B L E**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

**BRIDGET KEELS**
DEPARTMENT: 700
DD RECEIPT:    1385035042
EMPLOYEE ID: 2193



FEIN: 81-1953939
Pay Period    03/29/2026  -  04/04/2026
Pay Date      04/10/2026

**FITWH**    **Filing Status: H**
**PA**       **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 14.00 | 40.00 | 560.00 | 400.00 | 4,980.00 |
| OT | 21.00 | 44.00 | 924.00 | 351.50 | 6,779.34 |
| Retro | | | | 80.00 | 120.00 |
| Retro OT | | | | 8.75 | 29.53 |
| **Total** | | 84.00 | $1,484.00 | 840.25 | $11,908.87 |
| **Total Hours Worked** | | 84.00 | | 840.25 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 38.62 | 231.09 |
| MED | 21.52 | 172.69 |
| SOC | 92.01 | 738.35 |
| PA | 45.56 | 365.61 |
| PAEUC | 1.04 | 8.35 |
| PABRW | 7.42 | 59.54 |
| PABRWL | 1.00 | 10.00 |
| **Total** | $207.17 | $1,585.63 |

| **Net Pay** | XXXXXX0507 | $1,276.83 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

Direct Deposit #  1385035042

Date    04/10/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID ** |
|---|---|

DIRECT DEPOSIT $1,276.83

100    DD

TO ACCOUNT #    XXXXXX0507
BANK #    XXXXXX0053

Pay to the
Order of

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

**N O N - N E G O T I A B L E**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

**BRIDGET KEELS**
DEPARTMENT: 700
DD RECEIPT:    1385803590
EMPLOYEE ID:   2193



FEIN: 81-1953939
Pay Period    04/05/2026  -  04/11/2026
Pay Date    04/17/2026

**FITWH    Filing Status: H**
**PA    Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 14.00 | 40.00 | 560.00 | 440.00 | 5,540.00 |
| OT | 21.00 | 44.00 | 924.00 | 395.50 | 7,703.34 |
| Retro | | | | 80.00 | 120.00 |
| Retro OT | | | | 8.75 | 29.53 |
| **Total** | | 84.00 | $1,484.00 | 924.25 | $13,392.87 |
| **Total Hours Worked** | | 84.00 | | 924.25 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 38.62 | 269.71 |
| MED | 21.52 | 194.21 |
| SOC | 92.01 | 830.36 |
| PA | 45.56 | 411.17 |
| PAEUC | 1.04 | 9.39 |
| PABRW | 7.42 | 66.96 |
| PABRWL | 1.00 | 11.00 |
| **Total** | $207.17 | $1,792.80 |

**Net Pay**    XXXXXX0507    $1,276.83

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

Direct Deposit #  1385803590
Date    04/17/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T ** | VOID ** VOID ** |
|---|---|

100    DD

DIRECT DEPOSIT $1,276.83
TO ACCOUNT #    XXXXXX0507
BANK #    XXXXXX0053

Pay to the
Order of

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

**N O N - N E G O T I A B L E**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

161529
DD

Direct Deposit #  1386554512
Date    04/24/2026

PAY
TO THE
ORDER
OF

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

DIRECT DEPOSIT $1,272.81
TO ACCOUNT #    XXXXXX0507
BANK #              XXXXXX0053

**N O N - N E G O T I A B L E**

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007



EMPLOYEE ID:  2193
Direct Care Worker
DEPARTMENT: 100
We C.A.R.E Home Health

FEIN:  81-1953939

Pay Period    04/12/2026  - 04/18/2026
Pay Date      04/24/2026
DD RECEIPT:1386554512

**FITWH**      **Filing Status: H**
**PA**          **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 14.0000 | 40.00 | 560.00 | 480.00 | 6,100.00 |
| OT | 21.0000 | 43.75 | 918.75 | 439.25 | 8,622.09 |
| Retro | | | | 80.00 | 120.00 |
| Retro OT | | | | 8.75 | 29.53 |
| **Total Gross Earnings** | | | $1,478.75 | | $14,871.62 |
| **Total Hours/Unit** | | 83.75 | | 1,008.00 | |
| **Total Hours Worked** | | 83.75 | | 1,008.00 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 37.99 | 307.70 |
| MED | 21.44 | 215.65 |
| SOC | 91.68 | 922.04 |
| PA | 45.40 | 456.57 |
| PAEUC | 1.04 | 10.43 |
| PABRW | 7.39 | 74.35 |
| PABRWL | 1.00 | 12.00 |
| **Total** | $205.94 | $1,998.74 |

| **Net Pay** | **XXXXXX0507** | $1,272.81 |
|---|---|---|

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

Direct Deposit #  1387329566
Date    05/01/2026

PAY
TO THE
ORDER
OF

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

Pay this Amount

VOID ** VOID **

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

DIRECT DEPOSIT $1,272.81
TO ACCOUNT #   XXXXXX0507
BANK #        XXXXXX0053

**N O N - N E G O T I A B L E**

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

EMPLOYEE ID:  2193
Direct Care Worker
DEPARTMENT: 100
We C.A.R.E Home Health

**FITWH        Filing Status: H**
**PA          Filing Status: S  Exemptions: 0**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007



FEIN:  81-1953939

Pay Period    04/19/2026  -  04/25/2026
Pay Date      05/01/2026
DD RECEIPT:1387329566

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 14.0000 | 40.00 | 560.00 | 520.00 | 6,660.00 |
| OT | 21.0000 | 43.75 | 918.75 | 483.00 | 9,540.84 |
| Retro | | | | 80.00 | 120.00 |
| Retro OT | | | | 8.75 | 29.53 |
| **Total Gross Earnings** | | | $1,478.75 | | $16,350.37 |
| **Total Hours/Unit** | | 83.75 | | 1,091.75 | |
| **Total Hours Worked** | | 83.75 | | 1,091.75 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 37.99 | 345.69 |
| MED | 21.44 | 237.09 |
| SOC | 91.68 | 1,013.72 |
| PA | 45.40 | 501.97 |
| PAEUC | 1.04 | 11.47 |
| PABRW | 7.39 | 81.74 |
| PABRWL | 1.00 | 13.00 |
| **Total** | $205.94 | $2,204.68 |
| **Net Pay**    XXXXXX0507 | | $1,272.81 |

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007

Direct Deposit #   1388053830
Date     05/08/2026

PAY
TO THE
ORDER
OF

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

Pay this Amount

VOID ** VOID **

DIRECT DEPOSIT $1,276.83
TO ACCOUNT #   XXXXXX0507
BANK #        XXXXXX0053

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

**N O N - N E G O T I A B L E**

---

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**BRIDGET KEELS**
331 E BERKLEY AVE
CLIFTON HEIGHTS PA 19018

EMPLOYEE ID:  2193
Direct Care Worker
DEPARTMENT: 100
We C.A.R.E Home Health

**FITWH      Filing Status: H**
**PA        Filing Status: S  Exemptions: 0**

**WE C A R E HOME HEALTH AGENCY LLC**
1711 BATH RD
BRISTOL PA 19007



FEIN:  81-1953939

Pay Period    04/26/2026  -  05/02/2026
Pay Date      05/08/2026
DD RECEIPT:1388053830

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 14.0000 | 40.00 | 560.00 | 560.00 | 7,220.00 |
| OT | 21.0000 | 44.00 | 924.00 | 527.00 | 10,464.84 |
| Retro | | | | 80.00 | 120.00 |
| Retro OT | | | | 8.75 | 29.53 |
| **Total Gross Earnings** | | | $1,484.00 | | $17,834.37 |
| **Total Hours/Unit** | | 84.00 | | 1,175.75 | |
| **Total Hours Worked** | | 84.00 | | 1,175.75 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 38.62 | 384.31 |
| MED | 21.52 | 258.61 |
| SOC | 92.01 | 1,105.73 |
| PA | 45.56 | 547.53 |
| PAEUC | 1.04 | 12.51 |
| PABRW | 7.42 | 89.16 |
| PABRWL | 1.00 | 14.00 |
| **Total** | $207.17 | $2,411.85 |

| **Net Pay** | XXXXXX0507 | $1,276.83 |
|---|---|---|